UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X
Chaim Friedman,

              Plaintiff,

     -against-

Sharinn & Lipshie, P.C.,

              Defendant.
------------------------------------------------X

CIVIL ACTION NO.

12-cv-3452 (FB)(CLP)

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

       In accordance with Fed. R. Civ. P. 55(b), Plaintiff Chaim Friedman requests that Entry of Judgment By Default be entered against the Defendant Sharinn & Lipshie, P.C. , and, in support of such request for relief, Plaintiff relies upon the record in this case and the attached Affirmation of Jacob J. Scheiner, Esq.

Dated: New York, NY
         January 9, 2013

By: */s/ Jacob J. Scheiner, Esq.*
Jacob J. Scheiner (JS5223)
Fredrick Schulman & Associates
30 East 29th Street
New York, NY  10016
Phone:  212-796-6053
Facsimile:  212-951-7379
Email:  jscheiner@fschulmanlaw.com
Attorneys for the Plaintiff