UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X
Chaim Friedman,

    Plaintiff,

 -against-

Sharinn & Lipshie, P.C.,

    Defendant.
------------------------------------------------X

CIVIL ACTION NO.

12-cv-3452 (FB)(CLP)

## AFFIRMATION OF PLAINTIFF'S COUNSEL AS TO ATTORNEYS' FEES AND COSTS

 Jacob J. Scheiner, Esq. hereby declares as follows:

 1. I am an attorney with the law firm of Fredrick Schulman & Associates, attorney for the Plaintiff Chaim Friedman, and as such, am fully familiar with the facts and circumstances stated herein.

 2. I am an attorney licensed in the states of New York and New Jersey and I am admitted to practice in the Eastern, Western and Southern District Courts of New York, the District of New Jersey, the District of Colorado and the Western District of Michigan.

 3. I am an attorney and certified mediator having graduated from Hofstra Law School. I am experienced in Fair Debt Collection Practices Act and Fair Credit Reporting Act litigation and have concentrated on that at Fredrick Schulman & Associates where I am employed as an Associate. Earlier in my legal career, I was employed as a Special ADA with the Kings County District Attorney's office, and worked in both the Racketeering Bureau and the Real Estate Fraud Unit.

 4. My regular hourly rate is $325.00, which is based on my skills, background and knowledge. I believe an hourly rate of $325.00 for my legal services is reasonable.

 5. Fredrick Schulman is the named partner at Fredrick Schulman & Associates and has been practicing law in New York for over 30 years concentrating in the areas of mergers and acquisitions, banking law, FDCPA and FRCA litigation. His hourly rate is $400.00.

7

6. Sam Ehrenfeld is an attorney who has been practicing for over ten years and concentrates in general litigation and FDCPA matters. His hourly rate is $325.00.

7. David Levy is a paralegal at Fredrick Schulman & Associates with over four years of experience. His hourly rate is $90.00.

8. Based on my review of the Plaintiff's file, as well as our records and reports, I have prepared a billing report that includes the dates of each task, the description of each task, the person performing the task and their hourly rate.

9. In this matter, a total of 10.60 hours of attorney's time and .80 hours of paralegal time were expended for a total of 11.40 hours and $3,592.00 in fees.

10. On this case, the following costs were paid by this office: $350.00 filing fee, $79.00 for service of process, $0.44 in postage and $6.80 in photocopy charges as so outlined by the attached bill. The total costs and disbursements are $436.24.

11. Thus the combined total of fees and costs in this case is $4,028.24.

12. In accordance with 28 U.S.C. §1746, the undersigned certifies, under the penalties of perjury that the foregoing, upon information and belief is true and correct.

*/s/ Jacob J. Scheiner*
Jacob J. Scheiner, Esq.

8