UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X
Chaim Friedman,

                  Plaintiff,

      -against-

Sharinn & Lipshie, P.C.,

                Defendant.

-----------------------------------------------X

                                        CIVIL ACTION NO.

                                        12-cv-3452 (FB)(CLP)

## DEFAULT JUDGMENT

      This action having been commenced on July 12, 2012 by the filing of the Summons and

Complaint, and a copy of the Summons and Complaint having been personally served on the defendant

Sharinn & Lipshie, P.C. on August 17, 2012 via New York's Secretary of State and proof of service

having been filed with the Clerk of the Court on September 9, 2012 and the Defendant not having

answered the Complaint, and the time for answering the Complaint having expired, it is

      ORDERED, ADJUDGED AND DECREED:  That the Plaintiff have judgment against the

Defendant in the amount of $1,000.00 for statutory damages together with attorneys' fees in the amount

of $3,592.00 plus costs and disbursements of this action in the amount of $436.24, amounting to a total of

$5,028.24.

Dated:  Brooklyn, NY

                                     _____
                                     Hon.
                                     U.S.D.J.

                                     This document was entered on the docket on

                                     _____, 2013.

9