EXHIBIT "B"

Form 19 - SECRETARY OF STATE

SAMUEL A EHRENFELD ESQ  SAMUEL A EHRENFELD ESQ
U S DISTRICT COURT EASTERN DISTRICT STATE OF NEW YORK

---

CHAIM FRIEDMAN

PLAINTIFF

Index No. CV 12-3452
Date Filed

- against -

SHARINN & LIPSHIE, P.C.

DEFENDANT

Office No.
Court Date.

---

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

STEVE AVERY being duly sworn, deposes and says that he is over the age of 18 years, resides in the State of New York and is not a party to this action. That on the 17TH day of AUGUST, 2012 at 10:55 AM at the Office of the Secretary of State of the State of New York in the City of Albany, New York, he served the
SUMMONS AND COMPLAINT, DEMAND FOR TRIAL BY JURY
UPON: SHARINN &LIPSHIE, P.C.
the DEFENDANT in this action, by delivering to and leaving with
CHAD MATICE, AGENT

in the office of the Secretary of State of New York, two true copies thereof and at the same time of making such service, deponent paid said Secretary of State, a fee of $40.00.
That said service was made pursuant to Section 306 BCL.

Deponent further describes the person actually served as follows:

SEX: MALE   COLOR: WHITE HAIR: BLACK
APP.AGE: 30 APP. HT: 6/2 WEIGHT: 215
OTHER IDENTIFYING FEATURES:

COMMENTS:

SWORN TO BEFORE ME THIS
29TH day of AUGUST, 2012

BRETT GOLUB
Notary Public, NASSAU COUNTY
01G06129491
Qualified in NASSAU COUNTY
Commission Expires 06/27/2013

STEVE AVERY
Empire Lawyers Service, LLC
d/b/a Aetna Judicial Service
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3-SAE-224373