EXHIBIT "C"

Exhibit A - Transcript

Good evening. Important message again is for Mr. Chaim, Mr. Friedman. Mr. Friedman this is Mr. Arrington from the attorney office Sharinn and Lipshie. I'm trying to reach you in regards to the previous discussion on, on your file situation. It's approximately 7 p.m. if you can reach me this evening before 8, ah, please. If not, reach me tomorrow sometime before 5 p.m.  at the latest. My number again 516-873-6600 extension 178. Thanks.

Yes, an important message again for Chaim Friedman. If you are not Mr. Chaim Friedman, please hang up or disconnect the line. By continuing to listen to the message, you acknowledge that you are Mr. Chaim Friedman.  Mr. Friedman this is Mr. Arrington calling again from the attorney office of Sharinn and Lipshie. This is an attempt to collect a debt and any information obtained will be used for that purpose. All calls are reordered and I am an attorney. Easy way to contact the office area code 516-873-6600 extension 178.  This is in regards to your approval of a previous discussion.

Ah, good afternoon. Important message again for Mr. Chaim Friedman.  If you are not Mr. Friedman, please hang up or disconnect the line. By continuing to listen to the message, you acknowledge that you are Mr. Friedman.  Mr. Friedman this is Mr. Arrington, me again, the debt collection law firm Sharinn and Lipshie. This is an attempt to collect a debt and any information obtained will be used for that purpose. All calls are reordered and I'm not attorney. I need you to return the phone call to the office, ah, 516-873-6600 extension 178. Thanks.

This important message is for Mr. Friedman. . If you are not Mr. Friedman, please hang up or disconnect the line. By continuing to listen to the message, you acknowledge that you are Mr. Friedman. Mr. Friedman this is Mr. Arrington again, debt collection law firm Sharinn and Lipshie. This is an attempt to collect a debt and any information obtained will be used for that purpose. All calls are reordered and I am not attorney. Now I have this approval back by your request since at least 8th of December. You can reach me at 516-873-6600 extension 178. Thanks

Hey Chaim, how are you? This is Adam from Sharinn and Lipshie, ah, returning your phone call in regards to your account.  Please, give me a call back at 516-873-6600 extension 178. We await your phone call. We have some good news for you. Thank you, I'll speak to you soon. Bye.

Yeah, good afternoon. Important message again for Mr. Friedman.  Mr. Friedman this is Mr. Arrington, from the attorney office  Sharinn and Lipshie regarding our brief conversation. If you can please reach me before 8 p.m.  this evening, umm, with the necessary --- information, umm, for your client approval. Please reach me at 516-873-6600 extension 178. Thanks.

Page 1