EXHIBIT "D"

Case 1:12-cv-03452-FB-CLP   Document 10-7   Filed 01/09/13   Page 2 of 2 PageID #: 45
Case 1:12-cv-03452-FB-CLP   Document 7   Filed 11/15/12   Page 1 of 1 PageID #: 23
Case 1:12-cv-03452-FB-CLP   Document 6   Filed 11/14/12   Page 4 of 11 PageID #: 15

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

             Chaim Friedman,

-against-

             Sharinn & Lipshie, P.C..
-----------------------------------------------------------X

CIVIL ACTION NO.

12 Civ 3452 (FB)(CLP)

FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y
★ NOV 15 2012 ★
BROOKLYN OFFICE

### CERTIFICATE OF DEFAULT

I, Douglas C. Palmer, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant Sharinn & Lipshie, P.C. has not filed an Answer of otherwise moved with respect to the Complaint herein. The default of the Defendant Sharinn & Lipshie, P.C. is hereby noted pursuant to Fed. R. Civ. P. 55(a).

Date: Brooklyn, New York
      November 15, 2012

**DOUGLAS C. PALMER**
Clerk of the Court

By: /s/ Janet Hamilton
      Deputy Clerk