EXHIBIT "E"

## BILLING STATEMENT

Re: Chaim Friedman vs. Sharinn & Lipshie P.C.

**FEES**

| Date | Service | Hours | Empl. | Hourly Rate | Amount |
|---|---|---|---|---|---|
| 4/17/2012 | Interview Client; receipt and review file | 0.80 | DL | $90.00 | $72.00 |
| 4/24/2012 | Initial draft of demand letter w/ amendment and modification to same; further review; prepare same for mailing/service; research re defendant telephone call(s) w/ Client; office conference with F. Schulman | 1.40 | SE | $325.00 | $455.00 |
| 6/28/2012 | Review file, initial draft of Complaint with amendment and modification of same; legal research regarding same; telephone calls with client | 2.30 | SE | $325.00 | $747.50 |
| 7/6/2012 | Review complaint; comments re same, office conference with attorney; review file. | 0.70 | FS | $400.00 | $280.00 |
| 7/12/2012 | Draft Summons and Civil Cover Sheet, finalize Complaint; file same ECF, receive and review communications; prepare Waiver of service of Summons and Complaint; assemble for mailing/service. | 1.10 | SE | $325.00 | $357.50 |
| 7/12/2012 | Receive and review ECF communications; review Judge's rules; memo to file. | 0.20 | SE | $325.00 | $65.00 |
| 7/20/2012 | Review file; telephone call with Process Server; prepare for service and communications regarding same | 0.30 | SE | $325.00 | $97.50 |
| 9/10/2012 | Receive and review Affidavit of service; file review; file on ECF | 0.20 | SE | $325.00 | $65.00 |
| 10/12/2012 | Drafted, prepared and filed status report. | 0.30 | SE | $325.00 | $97.50 |
| 11/14/2012 | Review Court and Judge's rules for filing entry; and/or certificate of default; prepare same with affidavit; file review; finalize same; file with Court. | 1.20 | JS | $325.00 | $390.00 |
| 12/26/2012 | Receive and review file and docket; prepare Motion for Default and proposed Order for Default; prepare affirmation re same; amend and modify same, file same with Court; Office conference with F. Schulman; memo to file | 2.60 | JS | $325.00 | $845.00 |
| 12/27/2012 | Review Default motion, office conference w/ J Scheiner | 0.30 | FS | $400.00 | $120.00 |
| | **TOTAL HOURS** | 11.40 | | | **$3,592.00** |

| Timekeeper Summary | | | | |
|---|---|---|---|---|
| Position /Timekeeper Name | Initials | Time | Rate | Total |
| Paralegal/David Levy | DL | 0.80 | $90.00 | $72.00 |
| Attorney/Samuel Ehrenfeld | SE | 5.8 | $325.00 | $1,885.00 |
| Attorney/Jacob Scheiner | JS | 3.80 | $325.00 | $1,235.00 |
| Attorney/Fredrick Schulman | FS | 1.00 | $400.00 | $400.00 |

**COSTS**

| Item | Amount | Per Unit | Total |
|---|---|---|---|
| Filing Fee | 1 | $350.00 | $350.00 |
| Process Server | 1 | $79.00 | $79.00 |
| Postage | 1 | $0.44 | $0.44 |
| Copying costs | 34 | $0.20 | $6.80 |
| **TOTAL COSTS** | | | **$436.24** |

**TOTAL FEES AND COSTS**                                                                                 **$4,028.24**

# Empire Lawyers Service, LLC
## d/b/a Aetna Judicial Service

225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
IRS #: 13-3970350
INVOICE #: 29

PHONE: (212)233-6070
(212)233-6071
(212)267-2667
FAX #: (212)233-0751

TO: SAMUEL A EHRENFELD ESQ

419 LAFAYETTE ST 2FL
NEW YORK, NY, 10003

212-645-9609
SAE

| RECORD NUMBER | SERVE DATE | CLIENT FILE # | CAPTION | | RECIPIENT | |
|---|---|---|---|---|---|---|
| 224373 | 08/17/2012 | | CHAIM FRIEDMAN | v SHARINN &LIPSHIE, P.C. | SHARINN &LIPSHIE, P.C. | |
| | | | CHARGE - | | | 39.00 |
| | | | TOTAL | | | 39.00 |

BILLING CODES

A - RUSH SERVICE WITHIN 48 HOURS
B - ATTEMPTED SERVICE/CPLR
C - FILING / ISSUE
D - SERVICE COMPLETED
E - SUBSTITUTED SERVICE
F - WITNESS FEE ADVANCED
G - REQUIRED PERSONAL SERVICE ONLY
H - SOS ALBANY FEE ADVANCED
I - ATTEMPT AT LOCATION THEN SERVE SEC OF STATE
J - 808 253 OR 254 / SOI FEE ADVANCED
K - PICK UP CHARGE
L - TRAVERSE
M - MILITARY INVESTIGATION

N - POSTAL CHECK
O - EXPENSES / TOLLS / EXTRA COPIES / FAX
P - COURT FILING FEE ADVANCED
Q - COURT FILING FEE PAID BY ATTORNEY
R - CONFORM / OBTAIN CT DOCUMENTS
S - LOCATION
T - SO ORDER
U - WAITING TIME EFFORT
V - EXPRESS MAIL CHARGE
W - POSTAGE
X - OUT OF TOWN SERVICE
Y - ATTY PD SERV CHARGE / NO CHARGE

FOR PROPER CREDIT, PAYMENT MUST BE RECIEVED WITH COPY OF
INVOICE -OR- OUR INVOICE NUMBER MUST APPEAR ON CHECKS