# FREDRICK SCHULMAN & ASSOCIATES

## ATTORNEYS AT LAW

January 27, 2013

VIA ECF, FACSIMILE TRANSMISSION AND
FIRST CLASS MAIL
(718) 613-2365
Magistrate Judge Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District Court
225 Cadman Plaza
Chambers Room. 1230
Brooklyn, NY 11231

<u>Re: Friedman vs. Sharinn & Lipshie, P.C., 12 CV 3452 (FB)(CLP)</u>

Dear Judge Pollak:

  This firm represents Plaintiff in the above-referenced matter.   Please accept this letter as a formal motion to adjourn the inquest hearing presently scheduled to proceed on February 8, 2013 at 4:00 p.m. or, in the alternative, to decide the motion for default judgment and request for damages on the papers submitted by Plaintiff in support of the motion for entry of default.

  The reason for the request for the adjournment is that the Plaintiff is a Sabbath Observer and he is unable to personally appear before the Court at the designated time on that date.   For this reason, Plaintiff respectfully requests that, if the Court should require the inquest to be conducted on a Friday, that the matter be adjourned to February 15, 2013 at 11 a.m. In the alternative, so as not to inconvenience the Court, the Plaintiff requests that the matter be decided on the papers.

  I thank Your Honor for your attention to this matter.

Respectfully submitted,

Karin Arrospide, Esq.

cc: Sharinn & Lipshie, P.C. (via facsimile transmission 516-512-5450)
  via first class mail to:  333 Earle Ovington Boulevard, Suite 302
        Uniondale, NY 11553